

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Robin Ferguson, Appellant

No. 06-22-00043-CR    v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49501-B). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Ferguson was awarded 373 days of jail-time credit. We also modify both the trial court's judgment and the bill of costs by deleting both the $15.00 time payment fee and the additional $425.00 in attorney fees assessed for counsel appointed during the adjudication proceedings. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robin Ferguson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 13, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk